**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| National Association of Manufacturers<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br>U.S. Department of Treasury et al.<br>　　　　　　　　　Defendant. | Court No.:　　　19-00053 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff-intervenor, __The Beer Institute_____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: __June 19, 2019__

James E. Tysse
Attorney

Akin Gump Strauss Hauer & Feld LLP
Firm

2001 K Street N.W.
Street Address

Washington, DC 20006
City, State and Zip Code

202-887-4571
Telephone Number

jtysse@akingump.com
E-mail Address