Slip Op. 20-25

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>　　　　　　Plaintiff,<br><br>THE BEER INSTITUTE,<br><br>　　　　　　Plaintiff-Intervenor,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>　　　　　　Defendants. | Before: Jane A. Restani, Judge<br><br>Court No. 19-00053 |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision.

1. Holds unlawful and sets aside 19 C.F.R. §§ 190.171(c)(3), 190.22(a)(1)(ii)(C), 190.32(b)(3), 191.171(d), 191.32(b)(4), and the final sentence of 19 C.F.R. § 191.22(a);

2. Holds unlawful and sets aside the final sentence in the definition of "drawback" and the final sentence of the definition of "drawback claim" in 19 C.F.R. § 190.2;

3. Declares that Defendants must process and pay substitution drawback claims that comply with the governing statutory and regulatory requirements;

4. Enters Judgment in favor of Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jane A. Restani　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Jane A. Restani, Judge

Dated: February 18, 2020
　　　　New York, New York