# United States Court of Appeals for the Federal Circuit

_____

**THE NATIONAL ASSOCIATION OF MANUFACTURERS, THE BEER INSTITUTE,**
*Plaintiffs-Appellees*

v.

**DEPARTMENT OF THE TREASURY, UNITED STATES CUSTOMS AND BORDER PROTECTION, JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, TROY MILLER, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

_____

2020-1734

_____

Appeal from the United States Court of International Trade in No. 1:19-cv-00053-JAR, Senior Judge Jane A. Restani.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered August 23, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 14, 2021    /s/ Peter R. Marksteiner
                    Peter R. Marksteiner
                    Clerk of Court